IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 10 CR 156 |
| DEBORAH AHMAD BEY, | ) | |
| Defendant. | ) | |

## CORRECTION TO MEMORANDUM ORDER

This Court's re-reading of its June 11, 2012 memorandum order has caught an inadvertent (and really inexcusable) glitch. Its reference to "Dr. Paul Rubin" should of course have been to "Dr. Bernard Rubin," and the memorandum order is corrected accordingly.

                                                                                   _____
                                                                                   Milton I. Shadur
                                                                                   Senior United States District Judge

Date: June 12, 2012