```
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION
```

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
     v.                        )    No.  10 CR 156
                               )
DEBORAH AHMAD BEY,             )
                               )
          Defendant.           )
```

**MEMORANDUM ORDER**

This criminal prosecution was reassigned to this Court following the death of its esteemed colleague Honorable William Hibbler. Defendant Deborah Ahmad Bey ("Ahmad Bey") has been exercising, and still continues to exercise, her constitutional right to self-representation (see Faretta v. California, 422 U.S. 806 (1975)), with Judge Hibbler having appointed attorney Michael Falconer as standby counsel to be available to assist Ahmad Bey.

But what Ahmad Bey does not seem to realize is that her constitutional right does **not** extend to making up rules and procedures that have no place in the criminal justice system. Thus she has filed, during this past week, two documents--one that she labels "Moorish Allodial Title Deed Commercial Affidavit of Conveyance, Adoption and Enrollment" and the other captioned "Notice of Occupancy"--neither of which plays a proper role in this litigation. Both are stricken from the record. And relatedly, Ahmad Bey's Notice as to the first of those documents

that it "shall be heard whenever the judge deems appropriate" makes no sense at all--just what was to "be heard" in that respect?

This Court will continue, in its handling of its action, to extend every courtesy to Ahmad Bey, generally giving her more leeway because it recognizes the difficulties faced by a nonlawyer who has chosen to exercise the constitutional right confirmed by <u>Faretta</u>.  But this memorandum order has addressed actions that go beyond the proper exercise of that right.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 13, 2012